IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

     Plaintiff

     v.

ALL TETHER TOKENS HELD IN
CRYPTOCURRENCY WALLET ADDRESSES
INDENTIFIED BY:
0x532961b23a28a9E5a8b1769BDb3E8906fc7c7A01
and
0xF58Ba47A2F8d666073AE4c9D85E6A7224C58B575,

     Defendants.

Civil Action No. 2:25cv427

## MOTION FOR JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW comes the United States of America, by and through its counsel, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Jill L. Locnikar, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1.    1.   The United States instituted this civil forfeiture action on March 27, 2025 by filing a Verified Complaint for Forfeiture averring that all Tether Tokens held in cryptocurrency wallet addresses identified by 0x532961b23a28a9E5a8b1769BDb3E8906fc7c7A01 and 0xF58Ba47A2F8d666073AE4c9D85E6A7224C58B575, delineated by asset identification numbers 25-FBI-002455 and 25-FBI-002466 (the "Defendant Property") is forfeitable to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), and 982(a)(1).

2.   The United States Marshal arrested the Defendant Property pursuant to an Arrest Warrant dated April 3, 2025.

3.    The United States served a copy of the Complaint for Forfeiture and Warrant of Arrest on Tether, the only entity known by the United States who may have an interest in the Defendant Property.   The Proof of Service is on file with the Clerk of the United States District Court.

4.    The United States gave public notice of this action to all persons by public advertisement.   The Declaration of Publication detailing the notice and dates of advertising is on file with the Clerk of the United States District Court.

5.    No claims, answers, pleadings or appearances have been filed in this action regarding the Defendant Property.   The time for filing such pleadings has expired.

6.    Accordingly, the United States is entitled to a judgment on the unclaimed Defendant Property.

WHEREFORE, the United States respectfully requests that this Honorable Court enter a Judgment and Final Order of Forfeiture with regard to the unclaimed Defendant Property.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ Jill L. Locnikar*
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)

CERTIFICATE OF SERVICE

I, Jill L. Locnikar, Assistant United States Attorney of the Western District of Pennsylvania, hereby certify that on the 17th day of September, 2025, sent via electronic mail, a copy of this Motion for Judgment and Final Order of Forfeiture to and upon:

inforequests@tether.to

/s/ Jill L. Locnikar
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)