IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> v. <br><br> ALL TETHER TOKENS HELD IN CRYPTOCURRENCY WALLET ADDRESSES INDENTIFIED BY: 0x532961b23a28a9E5a8b1769BDb3E8906fc7c7A01 and 0xF58Ba47A2F8d666073AE4c9D85E6A7224C58B575, <br><br> Defendants. | Civil Action No. 2:25cv427 |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this _____ day of _____ , 2025, upon consideration of the United States' Motion for Judgment and Final Order of Forfeiture, it is hereby ORDERED that the motion is GRANTED and that all Tether Tokens held in cryptocurrency wallet addresses identified by 0x532961b23a28a9E5a8b1769BDb3E8906fc7c7A01 and 0xF58Ba47A2F8d666073AE4c9D85E6A7224C58B575 (delineated by asset identification numbers 25-FBI-002455 and 25-FBI-002466), are forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

The Clerk shall mark this case closed.

_____
United States District Court Judge